| Form B1          UNITED STATES BANKRUPTCY COURT<br>Northern District of Indiana | VOLUNTARY PETITION |
|---|---|
| In re (Name of debtor- Last, First Middle)<br><br>Howard, Ralph Edwin | Joint Debtor (spouse) (Last, First, Middle)<br><br>, |
| All other Names used by the debtor in the last<br>6 years (Include married, maiden, trade names) | All other Names used by the debtor in the last<br>6 years (Include married, maiden, trade names) |
| Soc. Sec. No/Tax I.D. No.    xxx-xx-5058 | Soc. Sec. No/Tax I.D. No.    &wifeSSN& |
| Street Address of Debtor -<br>        16179 Linden Road<br>        Argos, IN 46501 | Street Address of Debtor<br>        16179 Linden Road<br>        Argos, IN 46501 |
| County of residence or of the<br>principal place of business    MARSHAL | County of residence or of the<br>principal place of business    MARSHAL |
| Mailing Address of Debtor (If different than<br>street address) | Mailing Address of Debtor (If different than<br>street address) |

Location of Principal Assets of Business Debtor
(If different from address listed above)

### INFORMATION REGARDING DEBTOR (check applicable boxes)

VENUE (Check any applicable box)
[ x ] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[  ] there is a bky case concerning debtor's affiliate general partner, or partnership pending in in this District.

| Type of Debtor<br>[xx] Individual(s)    [ ] Railroad<br>[ ] Corporation    [ ] Stockbroker<br>[ ] Partnership    [ ] Commodity Broker<br>[ ] Other_____ | Chapter or Section of Bankruptcy Code under<br>which the Peition is filed (Check one box)<br>[xx] Chapter 7  [ ] Chapter 11  [ ] Chapter 13<br>[ ] Chapter 9  [ ] Chapter 12  [ ] Sec. 304<br>                        Ancilary to<br>                        Foreign Proceding |
|---|---|
| NATURE OF DEBTS (Check one box)<br>[xx] Non-Business/Consumer  [ ] Business | FILING FEE (Check one box) |
| Chapter 11 Small Business (Check all boxes ...<br>[ ] Debtor is a small business per 11 USC 101<br>[ ] Debtor is and elects to be considered a<br>    a small business under 11 USC Sec 112 (e) | [xx] Full filing fee attached<br>[ ] Filing fee to be paid in installments.<br>Must attach signed application for the Court's<br>consideration certifying that the debto is unable<br>to pay fee except in installment. Rule 1006(b)<br>See Official Form No. 3 |

| STATISTICAL/ADMINISTRATIVE INFORMATION (U.S.C. 604) (Estimates Only | THIS SPACE FOR COURT USE ONLY |
|---|---|

[ ] Debtor estimates funds will be available for distrbuton to
    creditors.
[xx] Debtor estimates that after exemptions no  funds will be
    available for distribution to unsecured creditors.

ESTIMATED NUMBER OF CREDITORS

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-OVER |
|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [xx] | [ ] | [ ] |

ESTIMATED ASSETS (In thousands of dollars)

| Under 50 | 50-99 | 100-499 | 1000-9999 | 10,000-99,000 | 100,000-over |
|---|---|---|---|---|---|
| [xx] | [ ] | [ ] | [ ] | [ ] | [ ] |

ESTIMATED LIABILITIES (In thousands of dollars)

| Under 50 | 50-99 | 100-499 | 1000-9999 | 10,000-99,000 | 100,000-over |
|---|---|---|---|---|---|
| [ ] | [ ] | [xx] | [ ] | [ ] | [ ] |

ESTIMATED NO. OF EMPLOYEES 0 CH  11 & 12 ONLY
[ ] 0 [ ] 1-19 [ ] 20-99 [ ] 100-999 [ ] 1000-over

ESTIMATED NO. OF EQUITY SECURITY HOLERS - CH. 11 & 12 ONY
[ ] None [ ] 1-19 [ ] 20-99 [ ] 100-99 [ ] 500-over

| Voluntary Petition<br>(This page must be completed and filed in every case. | Name of Debtor(s)<br><br>Ralph Edwin Howard |
|---|---|

PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed<br>SOUTH BEND | Case Number<br>02-33005 CH 13; | Date Filed<br>02-36680   SEE ATTACHED |
|---|---|---|

PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER OR AFFILIATE OF THE DEBTOR

| Name of Debtor<br>NONE | Case Number<br>NONE | Date filed<br>NONE |
|---|---|---|

| District | Relationship | Judge |
|---|---|---|

## SIGNATURES

Signature(s) of Debtor(s) (Individual/Joint)
I declare under penalty of perjury that the information provided in this petition is true and correct.
(If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7.
I am aware that I may proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, I understand the relief available under each such chapter, and choose to proceed under Chapter 7.
I request relief in accordance with the Chapter of Title 11, United States Code, specified in this Petition.

Dated: December 22, 2004

_Ralph Edwin Howard_

Signature of Attorney

Signature of Attorney for Debtors
David Paul Redding
Attorney at Law
218 North Main Street, Suite 3
Goshen IN 46526
219-534-1511
Dated:  December 22, 2004

| EXHIBIT A<br>(To be completed if debtor is required to file periodic reports, (e.g., forms 10k and 100) with the Securities and Exchange Commissioner pursuant to Section13 or 15(d) of the Securities Exchange Acto of 1934 and is requesting relief under Chapter 11)<br>[ ]Exhibit A is attached and made a part of this Petition | Exhibit C<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?<br>[ ] Yes, and Exhibit C is attached and made a part of this petition.<br>[X] No |
|---|---|
| EXHIBIT B<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed petitioner that he/she may proceed under Chapter 7, 11, 12, or 13 of Title 11, United States Code, and have explained the releif available under each such chapter.<br><br>_Attorney for Debtor(s)_            December 22, 2004 | Signature of Non-Attorney Petition Preparer    (n/a) |

# PlnDue, NTCAPR, DISMISSED, CLOSED

### U.S. Bankruptcy Court
### Northern District of Indiana (South Bend Division)
### Bankruptcy Petition #: 02-36680

*Assigned to:* Judge Harry C. Dees, Jr.
Chapter 13
Voluntary
Asset

*Date Filed:* 11/21/2002
*Date Terminated:* 07/14/2003
*Date Dismissed:* 04/14/2003

**Ralph Edwin Howard**
16111 Linden Rd
Argos, IN 46501
SSN: xxx-xx-5058
*Debtor*

represented by  **William L. Hoehner**
330 S. 35th Street
South Bend, IN 46615
(574) 288-6222
Fax : (574) 288-6749
Email: rhahn@hpattorneys.com

**Tedd E. Mishler**
1720 East U.S. Hwy. 20
Evergreen Plaza
Michigan City, IN 46360
219-878-9042
*Trustee*

**Nancy J. Gargula**
One Michiana Square
5th Floor
100 East Wayne Street
South Bend, IN 46601
574-236-8105
*U.S. Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 07/16/2003 | 30 | BNC Certificate of Mailing. Service Date 07/16/2003. (Related Doc # 29) (Admin.) (Entered: 07/17/2003) |
| 07/14/2003 | 29 | Order Closing Case Entered on 7/14/2003 (mjb, ) (Entered: 07/14/2003) |
| 06/12/2003 | 28 | Chapter 13 Trustee Final Report and Account Filed by Trustee Tedd E. Mishler with Certificate of Service (Mishler(RH), Tedd) (Entered: |

# NTCAPR, DISMISSED, CLOSED

## U.S. Bankruptcy Court
## Northern District of Indiana (South Bend Division)
## Bankruptcy Petition #: 02-33005

*Assigned to:* Judge Harry C. Dees, Jr.
Chapter 13
Voluntary
Asset

*Date Filed:* 05/22/2002
*Date Terminated:* 01/22/2003
*Date Dismissed:* 11/04/2002

**Ralph Edwin Howard**
16111 Linden Rd
Argos, IN 46501
SSN: xxx-xx-5058
*Debtor*

represented by **Kevin M. Schmidt**
370 W. 80th Place
Merrillville, IN 46410
(219) 756-0555
Fax : (219) 756-9393
Email: kmslaw@ameritech.net

**Debra L. Miller**
100 East Wayne St.
P.O. Box 11550
South Bend, IN 46601
574-251-1493
*Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 01/24/2003 | 76 | BNC Certificate of Mailing. Service Date 01/24/03. (Related Doc # [75]) (Admin.) (Entered: 01/25/2003) |
| 01/22/2003 | 75 | Order Closing Case Entered on 1/22/2003. (mjb, ) (Entered: 01/22/2003) |
| 12/10/2002 | 74 | Chapter 13 Trustee's Final Report Filed by Debra L. Miller With Certificate of Service. (crd, ) (Entered: 12/16/2002) |
| 11/27/2002 | | Terminated Deadlines for Claims Bar Dates. Deadlines have passed. (mjb, ) (Entered: 11/27/2002) |
| 11/22/2002 | 73 | BNC Certificate of Mailing. Service Date 11/22/02. (Related Doc # 72) (Admin.) (Entered: 11/23/2002) |

In re                                                    Case No
Ralph Edwin Howard

                                Debtor           (If known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single state-
ment on  which the information for both spouses is combined. If the case is filed under chapter 12 or chap-
ter 13, a married debtor must furnish  information for both spouses whether or not a joint petition is
filed, unless the spouses are separated  and a joint petition is not filed. An individual debtor engaged in
business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the
information requested on this statement concerning all such activities as well as the individual's personal
affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also
must complete Questions 16-21. If the answer to any question is "None," or the question is not applicable, mark the box
labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly
identified with the case name, case number (if known), and the number of the question.

### Definitions

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or
partnership. An  individual debtor is "in business" for the purpose of this form if the debtor is or has
been, within the two years immediately preceding the filing of this bankruptcy case, any of the following:
an officer, director, managing executive, or person in control of a corporation; a partner, other than a
limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of
the debtor and their relatives; corporations of which the debtor is an officer, director, or person in
control; officers, directors, and any person in control of a corporate debtor and their relatives; affili-
ates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C.'101 (30).

   1.  Income from employment or operation of business

None [ ]

State the gross amount of income the debtor has received from employment, trade, or profession, or from
operation of the debtor's business from the beginning of this calendar year to the date this case was com-
menced. State also the gross amounts received during the two years immediately preceding this calendar year.
(A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calen-
dar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal
year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under
chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

         AMOUNT                              SOURCE (If more than one)

Ralph Edwin Howard 2004 TO DATE  $31200 APPX
Ralph Edwin Howard 2003          $13600
Ralph Edwin Howard 2002          $9000

   2.     Income other than from employment or operation of business

None [X]
State the amount of income received by the debtor other than from employment, trade, profession, or opera-
tion of the debtor's business during the two years immediately preceding the commencement of this case. Give
particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing
under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed,
unless the souses are separated and a joint petition is not filed.)
         AMOUNT                              SOURCE (If more than one)

   3.     Payments to creditors
None [X]

   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating
more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses

whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | DATES OF | AMOUNT | AMOUNT |
| NAME AND ADDRESS OF CREDITOR | PAYMENTS | PAID | STILL OWING |

None [X]

   b.   List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF | AMOUNT | AMOUNT |
| AND RELATIONSHIP TO DEBTOR | PAYMENTS | PAID | STILL OWING |

HAS AN APARTMENT WHICH IS OWNED BY PARENTS. PAY $350 RENT FOR DEBTOR AND HIS (2) DAUGHTERS


   4.   Suits and administrative proceedings, executions, garnishments, and attachments
None [ ]

   a.   List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed? unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT | COURT OR AGENCY | STATUS OR |
| AND CASE NUMBER | NATURE OF PROCEEDING | AND LOCATION | DISPOSITION |

50D02-0411-CC-00250 YOGI BEARS VS Ralph Edwin Howard PAID AND DISMISSED (UNDER $400)
50D02-0409-SC-01317 DIAGNOSTIC MED VS Ralph Edwin Howard JUDGMENT $751.00
50D02-0406-SC-00813 MARSH CO TREASURER VS Ralph Edwin Howard PAID AND DISMISSED (UNDER $400)
50D02-0407-CC-00135 ARGENT HEALTCARE VS Ralph Edwin Howard JUDGMENT $14,516
50D02-0405-SC-00648 SOUTH BEND METRO NET INC VS Ralph Edwin Howard JUDGMENT $2,997
50D02-0309-SC-01201 MICH ANESTHESIA CARE VS Ralph Edwin Howard JUDGMENT $686.88
50D02-0306-SC-00640 ARGOS ELECTRONICS VS Ralph Edwin Howard JUDGMENT PAID $349.50
50C01-0107-CP-00113 INDIANA LAWRENCE BANK VS Ralph Edwin Howard , ET AL  JUDGMENT $300,000
50D01-0403-CC-00008 AMERICAN GENERAL FINANCIAL VS Ralph Edwin Howard JUDGMENT $51,414.05
50D01-0211-CC-00007 LAKE CITY BANK VS  Ralph Edwin Howard JUDGMENT  $25,146
50C01-0107-CP-00112 INDIANA LAWRENCE BANK VS Ralph Edwin Howard ET AL
64D04-0203-SC-01835 CHUNG KIEL KIM M.D. VS Ralph Edwin Howard JUDGMENT $1200


None [X]

   b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is tiled, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS | | DESCRIPTION |
| OF PERSON FOR WHOSE | DATE OF | AND VALUE OF |
| BENEFIT PROPERTY WAS SEIZED | SEIZURE | PROPERTY |


   5. Repossessions, foreclosures and returns
None [X]
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | DATE OF REPOSSESSION, | |
| NAME AND ADDRESS | FORECLOSURE SALE, | DESCRIPTION AND |
| OF CREDITOR OR SELLER | TRANSFER OR RETURN | VALUE OF PROPERTY |


   6. Assignments and receiverships
None [X]
   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 133 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | | TERMS OF |
| NAME AND ADDRESS | DATE OF | ASSIGNMENT |
| OF ASSIGNEE | ASSIGNMENT | OR SETTLEMENT |

None [X]
   b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or

not a joint petition is filed, unless the spouses are separated and a joint petition is not filed)

                              NAME AND LOCATION
DESCRIPTION
          NAME AND ADDRESS        OF COURT          DATE OF    ANDVALUEOF
          OF CUSTODIAN       CASE TITLE & NUMBER     ORDER     PROPERTY


          7.     Gifts
None  [X]
List all gifts or charitable contributions made within one year immediately preceding the commencement of
this case except ordinary and usual gifts to family members aggregating less than $200 in value per individ-
ual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors
filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether
or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
                         NAME AND ADDRESS      RELATIONSHIP
DESCRIPTION
                            OF PERSON          TO DEBTOR,    DATE OF    AND VALUE OF
                          OR ORGANIZATION        IF ANY       GIFT         GIFT


          8. Losses
None  [X]
List all losses from fire, theft, other casualty or gambling within one year immediately preceding the com-
mencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or
chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)
          DESCRIPTION      DESCRIPTION OF CIRCUMSTANCES AND, IF
          AND VALUE OF     LOSS WAS COVERED IN WHOLE OR IN PART   DATE OF
          PROPERTY         BY INSURANCE, GIVE PARTICULARS           LOSS


          9.     Payments related to debt counseling or bankruptcy
None  [ ]
List all payments made or property transferred by or on behalf of the debtor to any persons, including
attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of
a petition in bankruptcy within one year immediately preceding the commencement of this case.
                              DATE OF PAYMENT           AMOUNT OF MONEY OR
          NAME AND ADDRESS    NAME OF PAYOR IF      DESCRIPTION AND VALUE OF
          OF PAYEE            OTHER THAN DEBTOR      OF PROPERTY

PAID David Paul Redding #5938-20 $610 THIS DATE;

          10. Other transfers
None  [X]
          a.     List all other property, other than property transferred in the ordinary course of the business or
financial affairs of the debtor, transferred either absolutely or as security within one year immediately
preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are sepa-
rated and a joint petition is not filed.)
                                                      DESCRIBE PROPERTY
                                                         TRANSFERRED
          NAME AND ADDRESS OF TRANSFEREE,            AND VALUE RECEIVED
          RELATIONSHIP TO DEBTOR            DATE


          11. Closed financial accounts
None  [X]
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor
which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of
this case.
Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;
shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage
houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning accounts or instruments held by or for either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)
                              TYPE AND NUMBER                     AMOUNT AND
                              OF ACCOUNT AND            DATE OF SALE
          NAME AND ADDRESS    AMOUNT OF FINAL BALANCE      OR CLOSING
          OF INSTITUTION


          12. Safe deposit boxes
None  [X]
          List each safe deposit or other box or depository in which the debtor has or had securities, cash,
or other valuables within one year immediately preceding the commencement of this case. (Married debtors
filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether

or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER IF ANY |
|---|---|---|---|

### 13. Setoffs

None [X]

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SET OFF | AMOUNTOF SET OFF |
|---|---|---|

### 14. Property held for another person

None [X]

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None []

lf the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

16111 LINDEN ROAD, ARGOS, INDIANAPOLIS    UNTIL JAN 2003

### 16. Spouses and Former Spouses

None [X]

If the debtor resided in a community proerty stat, commonwealth, or territory( including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

Name

### 17. Environmental Information.

For purposes of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, sooil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presetnly or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminat or similar term under an Environmental Law.

a.     List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None [X)

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None    [X]

c.     List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law whith tespect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number

None    [X]

### 18. Nature, location and name of business

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In re
Ralph Edwin Howard
ssn xxx-xx-5058

SUMAMRY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.
Report the totals from Schedules A, B, C, D, E, F, and J in the boxes provided.
Add the amounts from Schedules A and B to determine the toal amount of the debtor's assets.
Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached yes/no | No. Sheets | Assets | Liabilities | other |
|---|---|---|---|---|---|
| A – Real Property | Yes | 1 | 0.00 | | |
| B –Personal Property | Yes | 3 | 16,014.00 | | |
| C –Property Claimed As Exempt | Yes | 1 | | | |
| D –Creditors Claims Secured | Yes | 1 | | 0.00 | |
| E –Creditors Claims Priority | Yes | 1 | | 0.00 | |
| F –Creditors Claims Unsecured | Yes | 2 | | 247,719.44 | |
| G –Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H –Codebtors | Yes | 1 | | | |
| I –Current Income of Debtor | Yes | 1 | | | 2206 |
| I –Current Expenditures of Individual Debtor | Yes | 2 | | | 2228 |
| Total Number of Sheets | | 14 | | | |

Total Assets | 16014

Total Liabilities | 247719.44

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In re
　　Ralph Edwin Howard
　　ssn xxx-xx-5058

SCHEDULE  A  -  REAL PROPERTY

　　Except as directed below, list all real property in which the debtor has any legal, equitable, or future interes
all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in
debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband
both own the property by placing an "H," "W," "J," or "C" in rhe column labled "Husband, Wife, Joint or Community." If t
holds no interest in real property, write "None" under "Description and Location of Property."
　　Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule C-E
Contracts and Unexpired Leases.
　　If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured c
Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount o
Claim."
　　If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the
only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband Wife Joint or Community | Current Market Value of Debtor's Interest in Property Without Deducting any Secured Claim or exemption | Amount of Secured Claim |
|---|---|---|---|---|
| NONE | | | | |

Total Market Value  $0.00

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In re

    Ralph Edwin Howard
    ssn xxx-xx-5058

SCHEDULE  B  -  PERSONAL PROPERTY

        Except  as directed below, list all personal property of the debtor of whatever kind. If the  debtor
has  no  property inone or more of the categories, plaxe an "X" in the appropriate position  in  the  column
labled "None." If additional space is needed in any category, attach a separate sheet  properly  identified
withthe  case  name, case number, and the number of the category. If the debtor is  married,  state  whether
husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled  "Husband,
Wife, Joint or Community." If the debtor is an individual or a joint petition is filed, state the amount of
any exemptions claimed only inSchedule C - Property Claimed as Exempt.
        Do  not  list interest in executory contracts and unexpired leases on this schedule.  List  them  in
Schedule C - Executory Contracts and Unexpired Leases.
        If  the property is being held for the debtor by someone else, state that person's name and  address
under "Description and Location of Property."

| | | | |
|---|---|---|---|
| 1. Cash on hand | Debtor's Possession | | 40.00 |
| 2. Checking, savings or other financial accounts certificate of deposit, or shares in banks, savings and loan, thrift, building and loan, and other homestead associations, or credit unions, brokerage houses, or cooperatives. | TEACHERS CREDIT UNION | | 212.00 12.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio video, and computer equipment. | AT RESIDENCE | | 2500.00 |
| 5. Books, pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel | At residence | | 250.00 |
| 7. Furs and Jewelry | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities. Itemize and name each issuer. | X | | |

| | | | | |
|---|---|---|---|---|
| 11. Interest in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize | X | | | |
| 12. Stock and interests in incorporated and unincorporatd businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivables. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estates of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, conterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other general intangibles. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehciles. | | OWE $625/MO FOR 36 MOS 2002 CHEVY 1500 BUYING FROM TOM LENKER | | 13000.00 |

| | | | | |
|---|---|---|---|---|
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops-growing or harvested. Give particulars. | X | | | |
| 31. Farm equipment and implements. | X | | | |
| 32. Other personal property of any kind not already listed. Itemize. | x | | | |

Total Schedule B        16,014.00

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In re
Ralph Edwin Howard
ssn xxx-xx-5058

SCHEDULE  C  -  PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which the debtor is  enti-
tle under
[  ] 11 U.S.C.§ 522(b)(1) Note: These exemptions are available only in certain states.

[ x ] 11 U.S.C.§ 522(b)(2) Exemptions available under applicable nonbankruptcy federal
laws,  state  or local law where the debtor's domicilie has been located for  the  180
days  immediately prededing the filing of the petition, or for a longer portion of  the
180  day period than in any other place, and the debtor's interest as a tenant by  the
entirety  or  joint tenat to the extent the interest is exempt from process  under  ap-
plicable nonbankruptcy law.

| Decription of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property without Deduction Exemptions |
|---|---|---|---|
| Cash on hand  (Intangible) | IC 34-55-10-2(b)(3) | 40.00 | 40.00 |
| DEPOSIT AT TCU | | 212.00 | 212.00 |
| Household furnishings | IC 34-55-10-2(b)(4) | 2500.00 | 2500.00 |
| Clothing and personal effects | IC 34-55-10-2(b)(4) | 250.00 | 250.00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In re

Ralph Edwin Howard
ssn xxx-xx-5058

SCHEDULE  D  -  CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a clam, place an "X" in the column labeled "Codebtor," including the entity on the appropriate schedule of creditors, and complete schedule H -Codebtors . If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W". "J" or "C" in the column labeled "Husband, Wife, Joint,or Community."

If the Claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place and "X" in the column labeled "Unliquidate." If the claim is disputed, place and "X" in the column labeled "Disputed."

(You may need to place an "X" in more than one of these three columns)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

| Creditor's Name and Mailing Address Including Zip Code | * CoDebtor | * Husband * Wife * Joint or * Community | * Date Claim was incurred * Nature of Lien, and * Description and Market * Value of Property | * Contingent * * * | * unliquidated * disputed* | * Amount * of * Claim * Without * Deducting* * Value of * Collateral* | Unsecured Portion If any |
|---|---|---|---|---|---|---|---|

Total CLaims    $ 0.00
Total Unsecured

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In re
Ralph Edwin Howard
ssn xxx-xx-5058

## SCHEDULE E  -  CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if an of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing o petition.

If any entity other than a spouse in a joint case may be jointly liable on a clam, place an "X" in the column labeled "Codebtor," including the entity on the appropriate schedule of creditors, and complete schedule H -Codebtors . If a joint petition is filed, state whether husband, wife, both of them,  or the marital community may be liable on each claim by placing an "H", "W". "J" or "C" in the column labeled "Husband, Wife, Joint,or Community."

If the Claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, pla and "X" in the column labeled "Unliquidate." If the claim is disputed, place and "X" in the column labeled "Disputed." ( may need to place an "X" in more than one of these three columns)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the com ed schedule. Report this total also on the Summary of Schedules.

[X] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached shee

### [ ] Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of case but before the earlier of the appointment of a trustee of the order for relief. 11 U.S.C. §507(a)(2).

### [ ] Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and com sions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately p ceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provid 11 U.S.C § 507(a)(3).

### [ ] Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

### [ ] Certain farmers and fisherman

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor,as provided 11 U.S.C. § 507(a)(5).

### [ ] Deposits by individuals

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services fo personal, family, or household use, that were not delivered or provided 11 U.S.C. § 507(a)(6)                .

### [ ] Alimony, Maintenance, or Support

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

### [ ] Taxes and Certain Other Debts Owed to governmental Units

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

### [ ] Commitments to Maintain the Capital of an Insured Depository Institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capi of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases co menced on or after the date of adjustment.

| Creditor's Name and Mailing Address Including Zip Code | * CoDebtor | * Husband * Wife * Joint or * Community | * Date Claim was incurred * Nature of Lien, and * Description and Market * Value of Property | * Contingent * * * | unliquidated | * * disputed | * Amount * of * Claim * * | * Amount * Entitled * to * Priority * |
|---|---|---|---|---|---|---|---|---|

Total Priority Claims  $  0.00

SCHEDULE  F  -  CREDITORS HOLDING UNSECURED CLAIMS

    State  the  name, mailing address, including zip code, and account number, if any,          holding  unsecured
claims without priority against the debtor or property of the debtor,
as of the date of filing of the petition.       List creditors in alphabetical order to the extent  practicaable. If all secured
creditors will not fit
on this page, use the continuation sheet provided.
    If  any entity other than a spouse in a joint case may be jointly liable on a clam, place an "X"  in the  column labeled
"Codebtor," including the entity on the appropriate schedule of creditors, and  complete schedule  H  -Codebtors . If a joint
petition is filed, state whether husband, wife, both of  them,  or  the marital community may be liable on each claim by placing
an "H", "W". "J" or "C" in the column labeled "Husband, Wife, Joint,or Community."
    If the Claim is contingent, place an "X" in the column labeled "Contingent." If the claim is  unliquidated,  place and
"X" in the column labeled "Unliquidate." If the claim is disputed, place and "X" in  the  column labeled "Disputed."
(You may need to place an "X" in more than one of these three columns)
    Report the total of all claims listed on this schedule in the box labeled "Total" on the last  sheet of the completed
schedule. Report this total also on the Summary of Schedules.

| Creditor's Name and Mailing Address Including Zip Code | CoDebtor | Husband Wife Joint or Community | Date Claim was incurred Nature of Lien, and Description and Market Value of Property | Contingent Unliquidated Disputed | Amount of Claim |
|---|---|---|---|---|---|
| ALEGIS GROUP 15 SOUTH MAIN STREET, SUITE 600 GREENVILLE SC 29601- | | | NOTICE ONLY JC PENNEY | Amount of Claim | 0.00 |
| AMERICAN GEN FIN 201 N  MICHIGAN ST PLYMOUTH IN 46563- | | | 12/2000 LOAN | Amount of Claim | 7773.00 |
| AMERICAN GENERAL FINANACE PO BOX 3251 EVANSVILLE IN 47731-3251 | | | NOTICE ONLY ALL COLLECTIONS ASSIGNED | Amount of Claim | 0.00 |
| 50D01-0403-CC-00008 ANDREWS, STEPHEN K/AMER GEN FIN 9247 N MERIDIAN STREET SUITE 200 INDIANAPOLIS IN 46260- | | | 04/30/2004 JUDGMENT | Amount of Claim | 51414.05 |
| 20D05-0408-SC-02956 ARGENT PO BOX 667 LAPORTE IN 46352- | | | 10/12/2004 JUDGMENT | Amount of Claim | 1214.96 |

| 50D02-0406-CC-00135 | | | |
|---|---|---|---|
| ARGENT/THE MCKEE GROUP, INC.<br>1900 W SEVERS RD, PO BOX 667<br>LAPORTE IN 46350- | 11/30/2004<br>JUDGMENT | Amount of Claim | 14516.00 |

| | | | |
|---|---|---|---|
| ARROW FINANCIAL<br>8589 AERO DRIVE  *<br>SAN DIEGO CA 92123- | NOTICE ONLY<br>FNB BROOKIN | Amount of Claim | 0.00 |

| 4134-8100-0373-4111 | | | |
|---|---|---|---|
| ASPIRE<br>PO BOX 23007<br>COLUMBUS GA 31902-3007 | CHARGES TO DATE<br>CREDIT CARD | Amount of Claim | 951.97 |

| 4317957004415718 | | | |
|---|---|---|---|
| ASSOCIATES NATIONAL BANK<br>PO BOX 15687<br>WILMINGTON DE 19850- | CHARGES TO DATE<br>CREDIT CARD | Amount of Claim | 655.75 |

| | | | |
|---|---|---|---|
| American Collections SYSTEMS INC<br>PO BOX 29117<br>COLUMBUS OH 43229-0117 | NOTICE ONLY<br>H&R BLOCK | Amount of Claim | 1177.00 |

| 50D02-0406-CC-00135 | | | |
|---|---|---|---|
| BLASKOVICH, DAVID M ESQ<br>9223 BROADWAY SUITE A<br>MERRILLVILLE IN 46410- | NOTICE ONLY<br>ARGENT | Amount of Claim | 0.00 |

| | | | |
|---|---|---|---|
| BUSINESS & PROFESIONAL SERVICES<br>PO BOX 1276<br>ELKHART IN 46515-1276 | NOTICE ONLY<br>ELK EMERG PHYSC | Amount of Claim | 0.00 |

| | | | |
|---|---|---|---|
| CAPITAL ONE<br>P.O. BOX 85147<br>RICHMOND VA 23276- | CHARGES TO DATE<br>PROFESSIONAL SERVICES | Amount of Claim | 1041.00 |

50D01-0403-CC-00008

CASTALDO, EDWARD A.B.          NOTICE ONLY              Amount of Claim        0.00
402 W WASHINGTON               AMER GEN FINANCIAL
INDIANAPOLIS IN 46204-

CBM ACCOUNT SERVICE, INC.      CHARGES TO DATE          Amount of Claim     1337.00
PO BOX 626                     PROFESSIONAL SERVICES
SOUTH BEND IN 46624-

50D02-0405-SC-00648

CENTENNIAL WIRELESS            NOTICE ONLY              Amount of Claim        0.00
3811 ILLINOIS ROAD SUITE 212   ALL COLLECTIONS ASSIGNED
FORT WAYNE IN 46804-

CENTRAL INDIANA CREDIT COLLECTORS   NOTICE ONLY         Amount of Claim     1075.00
PO BOX 4779                    ALL COLLECTIONS ASSIGNED
BLOOMINGTON IN 47402-

CERTEGY PAYMENT RECOVERY SERVICES   NOTICE ONLY         Amount of Claim       20.00
PO BOX 2864                    KAMRT /  NSF CHECK
TUSCALOOSA AL 35403-2864

64D04-0203-SC-1835

CHUNG KIEL KIM M.D.            FEB 2003                 Amount of Claim     1200.00
2000 ROOSEVELT RD # 104        JUDGMENT
VALPARAISO IN 46353-

CITIBANK USA NA-SEARS          NOTICE ONLY              Amount of Claim        0.00
8725 W SAHARA AVE              ALL COLLECTIONS ASSIGNED
THE LAKES NV 89163-

COACHELLA VALLEY COLLECTION    NOTICE ONLY              Amount of Claim        0.00
PO BOX 928                     DR BAILEY
PALM DESERT CA 92261-

COMCAST
PO BOX 173885
DENVER CO 80217-3885

SHUT OFF FEE

Amount of Claim    130.00

---

COMMUNITY 1ST BANK & TRUST
115-119 S MAIN
CELINA OH 45822-

NOTICE ONLY
CHARGE OFF

Amount of Claim    0.00

---

CONSUMER LOAN/1ST SOURCE BANK
PO BOX 1602
SOUTH BEND IN 46634-

CHARGES TO DATE

Amount of Claim    1500.00

---

4317957004415718

CREDITORS INTERCHANGE
PO BOX 2270
BUFFALO NY 14240-2270

NOTICE ONLY
ASSOC NTL BANK

Amount of Claim    0.00

---

50D02-0409-SC-01317

DIAGNOSTIC MEDICINE PC/M WAGNER
PO BOX 158
BREMEN IN 46506-

11/08/2004
JUDGMENT

Amount of Claim    0.00

---

DIAL ADJUSTMENT BUREAU
960 MACARTHUR BLVD
MAHWAH NJ 07495-

CHARGES TO DATE
OUTDOOR LIFE

Amount of Claim    33.97

---

DIAMOND & DIAMOND
PO BOX 1875
SOUTH BEND IN 46634-

NOTICE ONLY
ALL COLLECTIONS ASSIGNED

Amount of Claim    0.00

---

50D02-0309-SC-00309

DIAMOND & DIAMOND
PO BOX 1875
SOUTH BEND IN 46634-

NOTICE ONLY
MICH ANESTHESIA

Amount of Claim    0.00

| | | | |
|---|---|---|---|
| DIRECTV<br>PO BOX 9001069<br>LOUISVILLE KY 40290- | CHARGES TO DATE | Amount of Claim | 87.64 |

| | | | |
|---|---|---|---|
| DONALD W BAILEY DDS INC<br>39300 BOBHOPE DR # 1202<br>RANCHO MIRAGE CA 92270- | CHARGES TO DATE<br>PROFESSIONAL SERVICES | Amount of Claim | 214.00 |

| | | | |
|---|---|---|---|
| ECAST SETTLEMENT CORP<br>PO BOX 7247-6734<br>PHILADELPHIA PA 19170-6734 | NOTICE ONLY<br>KEYBANK REPO | Amount of Claim | 23983.80 |

| | | | |
|---|---|---|---|
| ELKHART EMER PHYSICIANS INC *<br>PO BOX 1241<br>SOUTH BEND IN 46624- | CHARGES TO DATE<br>PROFESSIONAL SERVICES | Amount of Claim | 741.00 |

| | | | |
|---|---|---|---|
| ELKHART GEN HOSPITAL<br>PO BOX 4667<br>SOUTH BEND IN 46634-4667 | | Amount of Claim | 0.00 |

| | | | |
|---|---|---|---|
| ELKHART GENERAL HOSPITAL/PAYROLL<br>600 EAST BLVD<br>ELKHART IN 46514- | NOTICE ONLY<br>GARNISHEE DEFENDANT | Amount of Claim | 0.00 |

| | | | |
|---|---|---|---|
| 20D05-0408-SC-02956<br><br>ELKHART SUPERIOR COURT 5<br>301 SO SECOND STREET<br>ELKHART IN 46516- | NOTICE ONLY<br>ARGENT | Amount of Claim | 0.00 |

| | | | |
|---|---|---|---|
| 20D06-0211-CC-00448<br><br>ELKHART SUPERIOR COURT 6<br>301 SO SECOND STREET<br>ELKHART IN 46516- | NOTICE ONLY<br>NO IND MED CTR | Amount of Claim | 0.00 |

EMERY CLEMENT & SCHMIDT, P.C.   CHARGES TO DATE       Amount of Claim    1320.00
370 WEST 80TH PLACE         PROFESSIONAL SERVICES
MERRIVILLE IN 46410-

ENCORE RECEIVABLE MANAGEMENT INC   NOTICE ONLY        Amount of Claim     0.00
PO BOX 3330                DIRECTV
OLATHE KS 66063-3330

FASHION BUG               CHARGES TO DATE       Amount of Claim     112.59
PO BOX 856021      *    CREDIT CARD
LOUISVILLE KY 40285-6021

FEATURE FILMS FOR FAMILIES     CHARGES TO DATE       Amount of Claim     37.30
PO BOX 572410
MURRAY UT 84157-2410

FIDELITY INFORMATION CORP      CHARGES TO DATE       Amount of Claim     292.65
PO BOX 1616
PACIFIC PALASADES CA 90272-

FINANCIAL ASSET MGMT SYS       NOTICE ONLY        Amount of Claim     0.00
PO BOX 926050              ECAST SETTLEMENT
NORCROSS GA 30010-6050

FNB BROOKINGS             CHARGES TO DATE       Amount of Claim     611.00
PO BOX 6000               CREDIT CARD
BROOKINGS SD 57006-

Fidelity information copr      NOTICE ONLY        Amount of Claim     0.00
Po box 100               MIDWEST CTR FOR STRESS
Pacifica palisa CA 90272-

GLENDALE MEDICAL LAB
6040 LUTE ROAD
PORTAGE IN 46368-

CHARGES TO DATE
PROFESSIONAL SERVICES

Amount of Claim       62.00

---

GMAC
5700 CROOKS RD STE 301
TROY MI 48098-

11/0000
CHARGE OFF

Amount of Claim     8631.00

---

GMAC PAYMENT PROCESSING CENTER
PO BOX 5180
CAROL STREAM IL 60197-5180

CHARGES TO DATE

Amount of Claim     1805.21

---

50C01-0107-CP-00112

GODSEY, ILENE H
205 W JEFFESON BLVD
SOUTH BEND IN 46601-

NOTICE ONLY
INDIANA LAWRENCE BANK

Amount of Claim        0.00

---

20D05-0408-SC-02956

GRODNIK, CHARLES ESQ
228 WEST HIGH STREET
ELKHART IN 46516-

NOTICE ONLY
ARGENT

Amount of Claim        0.00

---

GTE
PO BOX 31122
TAMPA FL 33631-3122

NOTICE ONLY
ALL COLLECTIONS ASSIGNED

Amount of Claim        0.00

---

HARVARD COLLECTION
4839 N. ELSTON AVE
CHICAGO IL 60630-

NOTICE ONLY
SPRINT

Amount of Claim        0.00

---

HELVY AND ASSOCIATES
1015 E CENTER STREET
WARSAW IN 46580-

NOTICE ONLY
ALL COLLECTIONS ASSIGNED

Amount of Claim        0.00

| | | | |
|---|---|---|---|
| INDIANA INSURANCE<br>PO BOX 2050<br>KEENE NH 03431-7050 | CHARGES TO DATE | Amount of Claim | 123.25 |

50D01-0107-CP-00113

| | | | |
|---|---|---|---|
| INDIANA LAWRENCE BANK<br>729 MAIN STREET<br>ROCHESTER IN 46563- | JUDGMENT FOR<br>BUCKEYE INDUSTRIES | Amount of Claim | 0.00 |

| | | | |
|---|---|---|---|
| INTERNATIONAL CHECK SERVICES, INC<br>PO BOX 200016<br>EL PASO TX 88520- | NOTICE ONLY<br>STAPLES 1046 | Amount of Claim | 1091.84 |

| | | | |
|---|---|---|---|
| KEYBANK<br>PO BOX 6531<br>THE LAKES NV 88901-6531 | CHARGES TO DATE<br>CREDIT CARD | Amount of Claim | 655.75 |

| | | | |
|---|---|---|---|
| KEYBANK NATIONAL ASSOCIATION<br>PO BOX 94968<br>CLEVELAND OH 44101- | NOTICE ONLY<br>ASSIGNED ECAST SETTLEMENT | Amount of Claim | 0.00 |

50D01-0107-CP-00113

| | | | |
|---|---|---|---|
| KRISOR & ASSOCIATES<br>PO BOX 6200<br>SOUTH BEND IN 46660- | NOTICE ONLY<br>AMERICAN GENERAL FIN | Amount of Claim | 0.00 |

| | | | |
|---|---|---|---|
| LADCO LEASING<br>555 ST CHARLES DR SUITE 200<br>THOUSAND OAKS, CA 91360- | NOTICE ONLY<br>ALL COLLECTIONS ASSIGNED | Amount of Claim | 0.00 |

50D01-0211-CC-00007

| | | | |
|---|---|---|---|
| LAKE CITY BANK<br>PO BOX 1387<br>WARSAW IN 46581-1387 | 01/26/2004<br>JUDGMENT | Amount of Claim | 25146.00 |

LTD FINANCIAL SERVICES, L.P.           NOTICE ONLY                    Amount of Claim          0.00
7322 SOUTHWEST FREEWAY, SUITE 1600     ASSOC CREDIT CARD
HOUSTON TX 77074-

MARSHALL CO REMC                       CHARGES TO DATE               Amount of Claim       2514.82
PO BOX 250
PLYMOUTH IN 46563-0250

50D02-0409-SC-01317

MARSHALL SUPERIOR COURT 2              NOTICE ONLY                   Amount of Claim          0.00
MARSHALL CO COURTHOUSE                 DIAGNOSTIC MEDICINE PC
PLYMOUTH IN 46563-

50D02-0406-CC-00135

MARSHALL SUPERIOR COURT 2              NOTICE ONLY                   Amount of Claim          0.00
MARSHALL CO COURTHOUSE                 ARGENT
PLYMOUTH IN 46563-

50D02-0405-SC-00648

MARSHALL SUPERIOR COURT 2              NOTICE ONLY                   Amount of Claim          0.00
MARSHALL CO COURTHOUSE                 SO BEND METRO
PLYMOUTH IN 46563-

50D02-0309-SC-00309

MARSHALL SUPERIOR COURT 2              NOTICE ONLY                   Amount of Claim          0.00
MARSHALL CO COURTHOUSE                 MICH ANESTHESIDA CARE
PLYMOUTH IN 46563-

50D02-0306-SC-00640

MARSHALL SUPERIOR COURT 2              NOTICE ONLY                   Amount of Claim          0.00
MARSHALL CO COURTHOUSE                 ARGOS ELECTRONICS
PLYMOUTH IN 46563-

50D01-0107-CP-00113

MARSHALL SUPERIOR COURT 2              NOTICE ONLY                   Amount of Claim          0.00
211 W MADISON                          IND LAWRENCE BANK
PLYMOUTH IN 46563-

50D01-0403-CC-00008

MARSHALL SUPERIOR COURT          NOTICE ONLY                    Amount of Claim        0.00
MARSHALL CO COURTHOUSE           AMER GEN FIN
PLYMOUTH IN 46563-

50D01-0211-CC-00007

MARSHALL SUPERIOR COURT          NOTICE ONLY                    Amount of Claim        0.00
MARSHALL CO COURTHOUSE           LAKE CITY BANK
PLYMOUTH IN 46563-

50C01-0107-CP-00112

MARSHALL SUPERIOR COURT 1        NOTICE ONLY                    Amount of Claim        0.00
MARSHALL CO COURTHOUSE           INDIANA LAWRENCE BANK
PLYMOUTH IN 46563-

50D02-0405-SC-00648

MARSHALL SUPERIOR COURT 2        07/12/2004                     Amount of Claim     3067.00
MARSHALL CO COURTHOUSE           JUDGMENT
PLYMOUTH IN 46563-

50D01-0107-CP-00113

MATTHEWS, JAMES M ESQ            NOTICE ONLY                    Amount of Claim        0.00
205 W JEFFERSON BLVD SUITE 250   INDIANA LAWRENCE BANK
SOUTH BEND IN 46601-

MEDICAL BILLING                  NOTICE ONLY                    Amount of Claim        0.00
PO BOX 367                       ALL COLLECTIONS ASSIGNED
LAPORTE IN 46350-

MEMORIAL HOSPITAL ER PHYSICIANS  CHARGES TO DATE                Amount of Claim      146.00
615 NORTH MICHIGAN ST            PROFESSIONAL SERVICES
SOUTH BEND IN 46601-

20D06-0211-CC-00448

METZ, MICHAEL ALAN ESQ/RONNIE WAGER  NOTICE ONLY               Amount of Claim        0.00
320 E BRISTOL                    NO INDIANA MED CTR
ELKHART IN 46514-

50D02-0309-SC-00309

MICHIANA ANESTESIA CARE
605 PORTAGE AVE
SOUTH BEND IN 46616-1356

03/15/2004
JUDGMENT

Amount of Claim        686.88

---

MIDWEST CENTER/RIVERVIEW INDUSTRIES
8380 W STATE RT 163
OAK HARBOR OH 43449-

NOTICE ONLY
ALL COLLECTIONS ASSIGNED

Amount of Claim        0.00

---

MONOGRAM BANK OF GA/JCPENNEY
7840 ROSEWELL ROAD
ATLANTA GA 30350-

CHARGES TO DATE
CREDIT CARD

Amount of Claim        968.58

---

NATINWIDE CREDIT, INC.
PO BOX 740605
ATLANATA GA 30374-0605

NOTICE ONLY
GMAC INDIANAPOLIS

Amount of Claim        0.00

---

NATIONAL CREDIT INVESTIGATION BUR
1930 S ALMA SCHOOL   STE B-107
MESA AZ 85210-3040

NOTICE ONLY
TRUGREEN CHEMLAWN

Amount of Claim        73.50

---

NCO OFINANCIAL SERV/INSURE MAX
PO BOX 41457
PHILADELPHIA PA 19101-

NOTICE ONLY
ALL COLLECTIONS ASSIGNED

Amount of Claim        0.00

---

NCO FINANCIAL SERVICES
PO BOX 13570
PHILADELPHIA PA 19101-3570

NOTICE ONLY
ELK GEN

Amount of Claim        1454.00

---

NCO FINANCIAL/COMPASS RECEIVABLES
PO BOX 6200
SOUTH BEND IN 46660-

NOTICE ONLY
X-RAY CONSULTANTS

Amount of Claim        0.00

| | | | |
|---|---|---|---|
| NIPSCO<br>PO BOX 13007<br>MERRILLVILLE IN 46411-3007 | CHARGES TO DATE | Amount of Claim | 312.00 |

| | | | |
|---|---|---|---|
| NORTH SHORE AGENCY<br>PO BOX 8901<br>WESTBURY NY 11590-8901 | CHARGES TO DATE | Amount of Claim | 41.90 |

20D06-0211-CC-00448

| | | | |
|---|---|---|---|
| NORTHERN INDIANA MED CENTER<br>640 INDUSTRIAL PARKWAY<br>ELKHART IN 46516- | 12/17/2002<br>JUDGMENT $4495/ BAL | Amount of Claim | 1400.00 |

| | | | |
|---|---|---|---|
| PARK DANSAN<br>PO BOX 248<br>GASTONIA NC 28053- | NOTICE ONLY<br>SPRINT | Amount of Claim | 0.00 |

| | | | |
|---|---|---|---|
| PATHOLOGY CONSULTANTS INC<br>PO BOX 583<br>MICHIGAN CITY IN 46361-0583 | CHARGES TO DATE<br>PROFESSIONAL SERVICES | Amount of Claim | 54.28 |

50D02-0405-SC-00648

| | | | |
|---|---|---|---|
| PERRY LAW OFFICE<br>1010 MEMORIAL WAY SUITE 102<br>FORT WAYNE IN 46805- | NOTICE ONLY<br>ALL COLLECTIONS ASSIGNED | Amount of Claim | 0.00 |

50D02-0405-SC-00648

| | | | |
|---|---|---|---|
| PERRY LAW OFFICE/SO BEND METRO<br>1010 MEMORIAL WAY SUITE 210<br>FORT WAYNE IN 46805- | 07/12/2004<br>JUDGMENT | Amount of Claim | 2997.40 |

| | | | |
|---|---|---|---|
| PHILLIPS AND COHEN ASSOCIATES LTD<br>695 RANCOCAS ROAD<br>WESTAMPTON NJ 08060- | NOTICE ONLY<br>LADCO LEASING 1806473 | Amount of Claim | 987.55 |

PORTER COUNTY ANES
541 OTIS BOWEN DR
MUNSTER IN 46321-

CHARGES TO DATE
ALL COLLECTIONS ASSIGNED

Amount of Claim        585.00

---

64D04-0203-SC-1835

PORTER COUNTY SHERIFF'S DEPT
2755 STATE ROAD 49
VALPARAISO IN 46383-

NOTICE ONLY
BODY ATTACHMENT

Amount of Claim          0.00

---

PORTER MEMORIAL
PO BOX 88034
CHICAGO IL 60680-1034

CHARGES TO DATE
PROFESSIONAL SERVICES

Amount of Claim      13710.40

---

POWELL, ROGERS & SPEAKS, INC.
P.O. OX 61107
HARRISBURG PA 17106-

NOTICE ONLY
FASHION BUG

Amount of Claim          0.00

---

RADIOLOGICAL ASSOCIATES NW IN INC
825 E LINCOLNWAY
VALPARAISO IN 46383-5803

CHARGES TO DATE
PROFESSIONAL SERVICES

Amount of Claim        825.00

---

RADIOLOGY INC
PO BOX 1258
SOUTH BEND IN 46624-

CHARGES TO DATE
PROFESSIONAL SERVICES

Amount of Claim        514.18

---

RUEL L TAYLOR, D.O.
2505 E JEFFERSON BLVD 204
SOUTH BEND IN 46615-

CHARGES TO DATE
PROFESSIONAL SERVICES

Amount of Claim        160.00

---

SAINT JOSEPH MED CENTER
1915 LAKE AVE
PLYMOUTH IN 46563-

NOTICE ONLY
ASSIGNED CBM

Amount of Claim          0.00

SAINT JOSEPH PHYSICIAN NETWORK
PO BOX 6309
SOUTH BEND IN 46660-

CHARGES TO DATE
PROFESSIONAL SERVICES

Amount of Claim    2489.00

---

SAINT JOSEPH REG MED CTR
75 REMITTANCE DR, SUITE 1319
CHICAGO IL 60675-1319

NOTICE ONLY
ALL COLLECTIONS ASSIGNED

Amount of Claim    0.00

---

SCHOLASTIC
2931 EAST MCCARTY STREET
JEFFERSON CITY MO 65101-

CHARGES TO DATE

Amount of Claim    16.98

---

01-71960-83962-8

SEARS  NATIONAL PAYMENT CENTER
PO BOX 182156
COLUMBUS OH 43218-2156

CHARGES TO DATE
CREDIT CARD

Amount of Claim    6831.07

---

SHERMAN ACQUISITION TA LP
PO BOX 0569
EVANSVILLE IN 47704-0569

CHARGES TO DATE
JC PENNEY

Amount of Claim    0.00

---

SIEGEL & SIEGEL ATTORNEYS
7445 TOPANGA CANYOUN BLVD, STE 201
CANOGA PARK CA 91303-

NOTICE ONLY
LADCO FINANCIAL GROUP

Amount of Claim    1375.81

---

50C01-0107-CP-00112

SIMANSKI, JOSEPH V
PO BOX 327
PLYMOUTH IN 46563-

NOTICE ONLY
INDIANA LAWRENCE BANK

Amount of Claim    0.00

---

SOUTH BEND MED FOUNDATION INC
530 NO LAFAYETTE BLVD
SOUTH BEND IN 46601-1098

CHARGES TO DATE
PROFESSIONAL SERVICES

Amount of Claim    288.00

SOUTH BEND MED FOUNDATION INC
530 NO LAFAYETTE BLVD
SOUTH BEND IN 46601-1098
CHARGES TO DATE
PROFESSIONAL SERVICES
Amount of Claim    524.90

SPRINT
PO BOX 740602
CINCINNATI OH 45274--060
CHARGES TO DATE
Amount of Claim    38.70

ST JOSEPH REGION MED CTR
PO BOX 1935
SOUTH BEND IN 46634-
NOTICE ONLY
ALL COLLECTIONS ASSIGNED
Amount of Claim    0.00

ST JOSEPH-PLYMOUTH
105 E JEFFERSON #224
SOUTH BEND IN 46601-
CHARGES TO DATE
PROFESSIONAL SERVICES
Amount of Claim    300.00

64D04-0203-SC-1835

SUPERIOR COURT 4
300 WASHINGTON ST # 116
MICHIGAN CITY IN 46360-
NOTICE ONLY
CHUNG KIEL KIM M.D.
Amount of Claim    0.00

TELECHECK SERVICES INC
PO BOX 17120
DENVER CO 80217-0120
CHARGES TO DATE
Amount of Claim    130.99

TRENT, THOMAS B
110 WEST BERRY STREET, PO BOX 11647
FORT WAYNE IN 46859-1647
NOTICE ONLY
LAKE CITY BANK
Amount of Claim    0.00

TRI COUNTY AMBULANCE
PO BOX 108
NAPPANEE IN 46550-
CHARGES TO DATE
PROFESSIONAL SERVICES
Amount of Claim    417.00

TRUSTMARK RECOVERY SERVICES
541 OTIS BOWEN DRIVE
MUNSTER IN 46321-

ALL COLLECTIONS
ASSIGNED-ST JO MED CTR

Amount of Claim    12835.80

TSR RECOVERY SERVICES INC
PO BOX 60012
CITY OF INDUSTRY CA 91716-0012

NOTICE ONLY
DIALUP INC /NSF CHECK

Amount of Claim    130.99

UCB COLLECTIONS
5620 SOUTHWYCK BLVD
TOLEDO OH 43614-1539

NOTICE ONLY
PORTER MEM HOSPITAL

Amount of Claim    0.00

UNITED COLLECTION BUREAU INC
PO BOX 140190
TOLEDO OH 43614-0190

NOTICE ONLY
ALL COLLECTIONS ASSIGNED

Amount of Claim    0.00

UROLOGY ASSOCIATES OF NW IN
1500 S LAKE PARK AVE
HOBART IN 46342-

NOTICE ONLY
ASSIGNED TO ARGENT

Amount of Claim    0.00

UROLOGY ASSOCIATES OF NWI
1101 E GLENDALE BLVD. #111
VALPARAISO IN 46383-

CHARGES TO DATE
PROFESSIONAL SERVICES

Amount of Claim    42295.00

50C01-0107-CP-00112

VANLAERE, JOHN W
PO BOX 4577
SOUTH BEND IN 46634-4577

NOTICE ONLY
IND LAWRENCE BANK

Amount of Claim    0.00

VERIZON
PO BOX 920041
DALLAS TX 75392-0041

NOTICE ONLY
ALL COLLECTIONS ASSIGNED

Amount of Claim    0.00

WINAMAC DENTAL CLINIC, INC
115 EAST MAIN
WINAMAC IN 46996-

CHARGES TO DATE
PROFESSIONAL SERVICES

Amount of Claim          33.98

WOLPOFF & ABRAMSON
Two Irvington Ctr-702 King Farm Rd*
Rockville MD 20850-5775

NOTICE ONLY
MONOGRAM BANK

Amount of Claim          0.00

WOODLAWN MED PROFESSIONALS
710 ST RD 25 N
ROCHESTER IN 46975-

CHARGES TO DATE
PROFESSIONAL SERVICES

Amount of Claim          48.00

X-RAY CONSULTANTS INC
PO BOX 4016
SOUTH BEND IN 46634-

CHARGES TO DATE
PROFESSIONAL SERVICES

Amount of Claim          90.00

ZIMMER, JOHN MD
PO BOX 53140
INDIANAPOLIS IN 46253-0140

CHARGES TO DATE
PROFESSIONAL SERVICES

Amount of Claim          420.00

Total Unsecured Claims    247719.44      Entries Count =     130.00

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In re
Ralph Edwin Howard
ssn xxx-xx-5058

SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any time share intrests.

State nature of debtor's interest in contract, i.e., Purchaser, Agent, etc. State whether debtor is lessor or lessee of a lease.

Provide the names and comlete mailing address of all other parties to each lease or contract described.

NOTE: A party listed on this Schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

[X] Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing addres, Including Zip code of other parties to lease or contract | Decription of Contract or Lease and Mature pf Debtor's Interest, State Whether lease is for nonresidential real property, State contract number of any Government contract. |
|---|---|
| NONE | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In re
Ralph Edwin Howard
ssn xxx-xx-5058

SCHEDULE H - CODEBTORS

Provide the information requested conderning any person or entity, other than a
spouse in a joint cse that is also liable on any debts listed by Debtor in the
Schedule of Creditors. Include all guarantors and co-signors. In community
property states, a married debtor not filing a joint case should report
the name and address of teh nondebtor spouse on this schedule. Include
all names used by the nondebtor spouse during the six years immediately
preceding the commencement of this case.

[X] Check this box if debtor has no codebtors.

| Name and Mailing Addres, Including Zip Code, of Codebtor | Name and Addres of Creditor |
|---|---|
| NONE | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In re
    Ralph Edwin Howard
    ssn xxx-xx-5058

                                  Case No. _____


VERIFICATION OF CREDITOR MATRIX


The above named Debtor(s) hereby verify under penalty of perjury
that the attached list of creditors is true and correct to the
best knowledge, information, and belief of the debtor(s).

Dated: December 22, 2004

_____
Ralph Edwin Howard

ALEGIS GROUP
15 SOUTH MAIN STREET, SUITE 600
GREENVILLE    SC    29601


AMERICAN GEN FIN
201 N    MICHIGAN ST
PLYMOUTH    IN    46563


AMERICAN GENERAL FINANACE
PO BOX 3251
EVANSVILLE    IN    47731-3251


50D01-0403-CC-00008
ANDREWS, STEPHEN K/AMER GEN FIN
9247 N MERIDIAN STREET SUITE 200
INDIANAPOLIS    IN    46260


20D05-0408-SC-02956
ARGENT
PO BOX 667
LAPORTE    IN    46352


50D02-0406-CC-00135
ARGENT/THE MCKEE GROUP, INC.
1900 W SEVERS RD, PO BOX 667
LAPORTE    IN    46350

```
ARROW FINANCIAL
8589 AERO DRIVE    *
SAN DIEGO    CA    92123



4134-8100-0373-4111
ASPIRE
PO BOX 23007
COLUMBUS    GA    31902-3007



4317957004415718
ASSOCIATES NATIONAL BANK
PO BOX 15687
WILMINGTON    DE    19850



American Collections SYSTEMS INC
PO BOX 29117
COLUMBUS    OH    43229-0117



50D02-0406-CC-00135
BLASKOVICH, DAVID M ESQ
9223 BROADWAY SUITE A
MERRILLVILLE    IN    46410



BUSINESS & PROFESIONAL SERVICES
PO BOX 1276
ELKHART    IN    46515-1276
```

CAPITAL ONE
P.O. BOX 85147
RICHMOND    VA    23276

50D01-0403-CC-00008
CASTALDO, EDWARD A.B.
402 W WASHINGTON
INDIANAPOLIS    IN    46204

CBM ACCOUNT SERVICE, INC.
PO BOX 626
SOUTH BEND    IN    46624

50D02-0405-SC-00648
CENTENNIAL WIRELESS
3811 ILLINOIS ROAD SUITE 212
FORT WAYNE    IN    46804

CENTRAL INDIANA CREDIT COLLECTORS
PO BOX 4779
BLOOMINGTON    IN    47402

CERTEGY PAYMENT RECOVERY SERVICES
PO BOX 2864
TUSCALOOSA    AL    35403-2864

```
64D04-0203-SC-1835
CHUNG KIEL KIM M.D.
2000 ROOSEVELT RD # 104
VALPARAISO   IN   46353
```

```
CITIBANK USA NA-SEARS
8725 W SAHARA AVE
THE LAKES    NV   89163
```

```
COACHELLA VALLEY COLLECTION
PO BOX 928
PALM DESERT    CA    92261
```

```
COMCAST
PO BOX 173885
DENVER    CO    80217-3885
```

```
COMMUNITY 1ST BANK & TRUST
115-119 S MAIN
CELINA    OH    45822
```

```
CONSUMER LOAN/1ST SOURCE BANK
PO BOX 1602
SOUTH BEND    IN    46634
```

```
4317957004415718
CREDITORS INTERCHANGE
PO BOX 2270
BUFFALO    NY    14240-2270



50D02-0409-SC-01317
DIAGNOSTIC MEDICINE PC/M WAGNER
PO BOX 158
BREMEN    IN    46506



DIAL ADJUSTMENT BUREAU
960 MACARTHUR BLVD
MAHWAH    NJ    07495



DIAMOND & DIAMOND
PO BOX 1875
SOUTH BEND    IN    46634



50D02-0309-SC-00309
DIAMOND & DIAMOND
PO BOX 1875
SOUTH BEND    IN    46634



DIRECTV
PO BOX 9001069
LOUISVILLE    KY    40290
```

```
DONALD W BAILEY DDS INC
39300 BOBHOPE DR # 1202
RANCHO MIRAGE   CA   92270




ECAST SETTLEMENT CORP
PO BOX 7247-6734
PHILADELPHIA   PA   19170-6734




ELKHART EMER PHYSICIANS INC *
PO BOX 1241
SOUTH BEND   IN   46624




ELKHART GEN HOSPITAL
PO BOX 4667
SOUTH BEND   IN   46634-4667




ELKHART GENERAL HOSPITAL/PAYROLL
600 EAST BLVD
ELKHART   IN   46514




20D05-0408-SC-02956
ELKHART SUPERIOR COURT 5
301 SO SECOND STREET
ELKHART   IN   46516
```

```
20D06-0211-CC-00448
ELKHART SUPERIOR COURT 6
301 SO SECOND STREET
ELKHART   IN   46516
```

```
EMERY CLEMENT & SCHMIDT, P.C.
370 WEST 80TH PLACE
MERRIVILLE   IN   46410
```

```
ENCORE RECEIVABLE MANAGEMENT INC
PO BOX 3330
OLATHE   KS   66063-3330
```

```
FASHION BUG
PO BOX 856021        *
LOUISVILLE   KY   40285-6021
```

```
FEATURE FILMS FOR FAMILIES
PO BOX 572410
MURRAY   UT   84157-2410
```

```
FIDELITY INFORMATION CORP
PO BOX 1616
PACIFIC PALASADES   CA   90272
```

FINANCIAL ASSET MGMT SYS
PO BOX 926050
NORCROSS   GA   30010-6050

FNB BROOKINGS
PO BOX 6000
BROOKINGS   SD   57006

Fidelity information copr
Po box 100
Pacifica palisa   CA   90272

GLENDALE MEDICAL LAB
6040 LUTE ROAD
PORTAGE   IN   46368

GMAC
5700 CROOKS RD STE 301
TROY   MI   48098

GMAC PAYMENT PROCESSING CENTER
PO BOX 5180
CAROL STREAM   IL   60197-5180

50C01-0107-CP-00112
GODSEY, ILENE H
205 W JEFFESON BLVD
SOUTH BEND    IN    46601


20D05-0408-SC-02956
GRODNIK, CHARLES ESQ
228 WEST HIGH STREET
ELKHART    IN    46516


GTE
PO BOX 31122
TAMPA    FL    33631-3122


HARVARD COLLECTION
4839 N. ELSTON AVE
CHICAGO    IL    60630


HELVY AND ASSOCIATES
1015 E CENTER STREET
WARSAW    IN    46580


INDIANA INSURANCE
PO BOX 2050
KEENE    NH    03431-7050

50D01-0107-CP-00113
INDIANA LAWRENCE BANK
729 MAIN STREET
ROCHESTER   IN   46563


INTERNATIONAL CHECK SERVICES, INC
PO BOX 200016
EL PASO   TX   88520


KEYBANK
PO BOX 6531
THE LAKES   NV   88901-6531


KEYBANK NATIONAL ASSOCIATION
PO BOX 94968
CLEVELAND   OH   44101


50D01-0107-CP-00113
KRISOR & ASSOCIATES
PO BOX 6200
SOUTH BEND   IN   46660


LADCO LEASING
555 ST CHARLES DR SUITE 200
THOUSAND OAKS,   CA   91360

50D01-0211-CC-00007
LAKE CITY BANK
PO BOX 1387
WARSAW   IN   46581-1387


LTD FINANCIAL SERVICES, L.P.
7322 SOUTHWEST FREEWAY, SUITE 1600
HOUSTON   TX   77074


MARSHALL CO REMC
PO BOX 250
PLYMOUTH   IN   46563-0250


50D02-0409-SC-01317
MARSHALL SUPERIOR COURT 2
MARSHALL CO COURTHOUSE
PLYMOUTH   IN   46563


50D02-0406-CC-00135
MARSHALL SUPERIOR COURT 2
MARSHALL CO COURTHOUSE
PLYMOUTH   IN   46563


50D02-0405-SC-00648
MARSHALL SUPERIOR COURT 2
MARSHALL CO COURTHOUSE
PLYMOUTH   IN   46563

```
50D02-0309-SC-00309
MARSHALL SUPERIOR COURT 2
MARSHALL CO COURTHOUSE
PLYMOUTH   IN   46563
```

```
50D02-0306-SC-00640
MARSHALL SUPERIOR COURT 2
MARSHALL CO COURTHOUSE
PLYMOUTH   IN   46563
```

```
50D01-0107-CP-00113
MARSHALL SUPERIOR COURT 2
211 W MADISON
PLYMOUTH   IN   46563
```

```
50D01-0403-CC-00008
MARSHALL SUPERIOR COURT
MARSHALL CO COURTHOUSE
PLYMOUTH   IN   46563
```

```
50D01-0211-CC-00007
MARSHALL SUPERIOR COURT
MARSHALL CO COURTHOUSE
PLYMOUTH   IN   46563
```

```
50C01-0107-CP-00112
MARSHALL SUPERIOR COURT 1
MARSHALL CO COURTHOUSE
PLYMOUTH   IN   46563
```

```
50D02-0405-SC-00648
MARSHALL SUPERIOR COURT 2
MARSHALL CO COURTHOUSE
PLYMOUTH    IN    46563



50D01-0107-CP-00113
MATTHEWS, JAMES M ESQ
205 W JEFFERSON BLVD SUITE 250
SOUTH BEND    IN    46601



MEDICAL BILLING
PO BOX 367
LAPORTE    IN    46350



MEMORIAL HOSPITAL ER PHYSICIANS
615 NORTH MICHIGAN ST
SOUTH BEND    IN    46601



20D06-0211-CC-00448
METZ, MICHAEL ALAN ESQ/RONNIE WAGER
320 E BRISTOL
ELKHART    IN    46514



50D02-0309-SC-00309
MICHIANA ANESTESIA CARE
605 PORTAGE AVE
SOUTH BEND    IN    46616-1356
```

MIDWEST CENTER/RIVERVIEW INDUSTRIES
8380 W STATE RT 163
OAK HARBOR    OH    43449


MONOGRAM BANK OF GA/JCPENNEY
7840 ROSEWELL ROAD
ATLANTA    GA    30350


NATINWIDE CREDIT, INC.
PO BOX 740605
ATLANATA    GA    30374-0605


NATIONAL CREDIT INVESTIGATION BUR
1930 S ALMA SCHOOL   STE B-107
MESA    AZ    85210-3040


NCO 0FINANCIAL SERV/INSURE MAX
PO BOX 41457
PHILADELPHIA    PA    19101


NCO FINANCIAL SERVICES
PO BOX 13570
PHILADELPHIA    PA    19101-3570

NCO FINANCIAL/COMPASS RECEIVABLES
PO BOX 6200
SOUTH BEND    IN    46660


NIPSCO
PO BOX 13007
MERRILLVILLE    IN    46411-3007


NORTH SHORE AGENCY
PO BOX 8901
WESTBURY    NY    11590-8901


20D06-0211-CC-00448
NORTHERN INDIANA MED CENTER
640 INDUSTRIAL PARKWAY
ELKHART    IN    46516


NW IND CARDIOVASCULAR PHYS MGNT INC
PO BOX 1669
VALPARAISO    IN    46384-1669


PARK DANSAN
PO BOX 248
GASTONIA    NC    28053

PATHOLOGY CONSULTANTS INC
PO BOX 583
MICHIGAN CITY    IN    46361-0583


50D02-0405-SC-00648
PERRY LAW OFFICE
1010 MEMORIAL WAY SUITE 102
FORT WAYNE    IN    46805


50D02-0405-SC-00648
PERRY LAW OFFICE/SO BEND METRO
1010 MEMORIAL WAY SUITE 210
FORT WAYNE    IN    46805


PHILLIPS AND COHEN ASSOCIATES LTD
695 RANCOCAS ROAD
WESTAMPTON    NJ    08060


PORTER COUNTY ANES
541 OTIS BOWEN DR
MUNSTER    IN    46321


64D04-0203-SC-1835
PORTER COUNTY SHERIFF'S DEPT
2755 STATE ROAD 49
VALPARAISO    IN    46383

```
PORTER MEMORIAL
PO BOX 88034
CHICAGO    IL    60680-1034



POWELL, ROGERS & SPEAKS, INC.
P.O. OX 61107
HARRISBURG    PA    17106



RADIOLOGICAL ASSOCIATES NW IN INC
825 E LINCOLNWAY
VALPARAISO    IN    46383-5803



RADIOLOGY INC
PO BOX 1258
SOUTH BEND    IN    46624



RUEL L TAYLOR, D.O.
2505 E JEFFERSON BLVD 204
SOUTH BEND    IN    46615



SAINT JOSEPH MED CENTER
1915 LAKE AVE
PLYMOUTH    IN    46563
```

SAINT JOSEPH PHYSICIAN NETWORK
PO BOX 6309
SOUTH BEND    IN    46660


SAINT JOSEPH REG MED CTR
75 REMITTANCE DR, SUITE 1319
CHICAGO    IL    60675-1319


SCHOLASTIC
2931 EAST MCCARTY STREET
JEFFERSON CITY    MO    65101


01-71960-83962-8
SEARS   NATIONAL PAYMENT CENTER
PO BOX 182156
COLUMBUS    OH    43218-2156


SHERMAN ACQUISITION TA LP
PO BOX 0569
EVANSVILLE    IN    47704-0569


SIEGEL & SIEGEL ATTORNEYS
7445 TOPANGA CANYOUN BLVD, STE 201
CANOGA PARK    CA    91303

```
50C01-0107-CP-00112
SIMANSKI, JOSEPH V
PO BOX 327
PLYMOUTH    IN    46563
```

```
SOUTH BEND MED FOUNDATION INC
530 NO LAFAYETTE BLVD
SOUTH BEND    IN    46601-1098
```

```
SOUTH BEND MED FOUNDATION INC
530 NO LAFAYETTE BLVD
SOUTH BEND    IN    46601-1098
```

```
SPRINT
PO BOX 740602
CINCINNATI    OH    45274--060
```

```
ST JOSEPH REGION MED CTR
PO BOX 1935
SOUTH BEND    IN    46634
```

```
ST JOSEPH-PLYMOUTH
105 E JEFFERSON #224
SOUTH BEND    IN    46601
```

```
64D04-0203-SC-1835
SUPERIOR COURT 4
300 WASHINGTON ST # 116
MICHIGAN CITY   IN   46360
```

```
TELECHECK SERVICES INC
PO BOX 17120
DENVER   CO   80217-0120
```

```
TRENT, THOMAS B
110 WEST BERRY STREET, PO BOX 11647
FORT WAYNE   IN   46859-1647
```

```
TRI COUNTY AMBULANCE
PO BOX 108
NAPPANEE   IN   46550
```

```
TRUSTMARK RECOVERY SERVICES
541 OTIS BOWEN DRIVE
MUNSTER   IN   46321
```

```
TSR RECOVERY SERVICES INC
PO BOX 60012
CITY OF INDUSTRY   CA   91716-0012
```

UCB COLLECTIONS
5620 SOUTHWYCK BLVD
TOLEDO    OH    43614-1539


UNITED COLLECTION BUREAU INC
PO BOX 140190
TOLEDO    OH    43614-0190


UROLOGY ASSOCIATES OF NW IN
1500 S LAKE PARK AVE
HOBART    IN    46342


UROLOGY ASSOCIATES OF NWI
1101 E GLENDALE BLVD. #111
VALPARAISO    IN    46383


50C01-0107-CP-00112
VANLAERE, JOHN W
PO BOX 4577
SOUTH BEND    IN    46634-4577


VERIZON
PO BOX 920041
DALLAS    TX    75392-0041

WINAMAC DENTAL CLINIC, INC
115 EAST MAIN
WINAMAC   IN   46996


WOLPOFF & ABRAMSON
Two Irvington Ctr-702 King Farm Rd*
Rockville   MD   20850-5775


WOODLAWN MED PROFESSIONALS
710 ST RD 25 N
ROCHESTER   IN   46975


X-RAY CONSULTANTS INC
PO BOX 4016
SOUTH BEND   IN   46634


ZIMMER, JOHN MD
PO BOX 53140
INDIANAPOLIS   IN   46253-0140

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In re
Ralph Edwin Howard


Case


DISCLOSURE OF COMPENSATION OF ATTORNEY
FOR DEBTOR


1. Pursuant to 11 U.S.C. § 329 (a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me1 for services rendered or to be rendered on behalf of the debtor(s) in CONTEMPLATION of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $386.00 |
| Prior to filing of this statement I have received | 386.00 |
| plus court costs of | 209.00 |
| | |
| Balance Due | 0.00 |

2. The source of compensation paid to me was:
    [X]     Debtor
            Other (specify)

3. The source of compensation to be paid to me was:
    [XI     Debtor
            Other (specify)

4. [x] I have not agreed to share the above-discussed compensation with a person or persons who are not members or associates of my law firm.

[ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing the compensation, is attached.

5. In return for the above-disclosed fee1 I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be

C.    Representation of the debtor at the meeting of
      creditors and confirmation hearing, and
      any adjourned hearings thereof;

d.    Representation of the debtor in adversary
      proceedings and other contested bankruptcy
      matters; (EXCLUDED, SEE BELOW)

e.    [Other provisions as needed)

6. By agreement with the debtor(s)1 the above-disclosed fee does
   not include the follwoing services:

        Debtor will be billed on at an hourly rate of
$150.00 for adversary proceedings.


                        CERTIFICATION
        I certify that the foregoing is a complete statement
of any agreement or arrangement for payment to me for representa-
tion of the debtor(s) in this bankruptcy proceeding.

Date December 22, 2004

David Paul Redding #5938-20
Attorney at Law
218 North Main Street-#3
Goshen IN 46526
574-534-1511


I ACKNOWLEDGMENT THAT I HAVE READ AND AGREE TO PAYMENTS SET OUT
IN THE FORGOING STATEMENT OF MY ATTORNEY.


Ralph Edwin Howard

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

Ralph Edwin Howard

        Debtor(s)                    Case No.

### INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

        1. I, the Debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

        2. I intend to do the following with respect to the property of the estate which secures those consumer debts;

        a. Property to be surrendered

    Description of the Property            Creditor's Name

1.
2.
3.

        b. Property to be retained (Check applicable statement, or lien avoidance).

| Description of property | Creditor name | Debt will be reaffirmed pursuant Sec 524(c) | Property is claimed as exempt and will redeemed pursuant to Sec 722 | Lien will be avoided pursuant to Sec 522(f) property will be claimed as | Continue to make voluntary payments 11 USC 524(f) |
|---|---|---|---|---|---|
| 1. 2002 CHEVY SILVERADO | TITLED IN NAME OF TOM LENKER-DEBTOR IS BUYING AND MAKING PAYMENTS | | | | KEEP PAYING |
| 2. | | | | | |
| 3. | | | | | |

11 U.S.C. 521(2)(B) within forty-five days after the filing of a notice of intent under this section, or within such additional time as the court, for cause, within such forty-five day period fixes, the debtor shall perform his intention with respect to such property...

Dated: December 22, 2004

Ralph Edwin Howard